UNITED STATES DISTRICT AND BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 8 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Seungjin Kim,

455 Massachusetts Ave NW, #501

Washington, DC 20001

917-946-7396

 Plaintiff,

  V.

Apple, Inc.,

1 Infinite Loop

Cupertino, CA 95014

 Defendant.

Case: 1:14-cv-01034
Assigned To : Bates, John D.
Assign. Date : 6/18/2014
Description: Pro Se Gen. Civil

Seungjin Kim

455 Massachusetts Ave NW, #501

Washington, DC 20001

## SET FORTH THE FACTS OF THIS CASE AND PLAINTIFF'S FACTUAL ALLEGATIONS AND DEFENDANT'S WRONG:

1. **Actually, Plaintiff is an owner of the spiritual materials of Jehovah's Witnesses.** Because Plaintiff partook of the emblematic bread and wine at 2012, 2013, and 2014 the Memorial of Jesus Christ's death of Jehovah's witnesses. And anyone rashly can't partake it at the Memorial of Jesus Christ's death of Jehovah's witnesses. (Lu 22:19; 1 Co 11:24; Re 7:3, 4.) And anointed ones are masters of this religion by Matthew 25:14, 20-23. Therefore, anointed ones have copyright right and owners of the spiritual materials of Jehovah's witnesses biblically. So Plaintiff has copyright right really. This is a true fact.

2. **Plaintiff is a conscientious objector of South Korea. So Plaintiff's religious belief is a certainty.**

3. Defendant has terminated and closed Plaintiff's developer account force two times. **The Justices of Supreme Court informed me that Defendant must not delete it force because forced deletion is illegal.** And Defendant has rejected my religious Apps repeatedly that reasoning from the scriptures. So Plaintiff easily discerned that this is religious discrimination. Plaintiff has enough evidences of this matter and many users also remember of it. So we have been aggrieved, or legally harmed in some way, by defendant. Especially, many users in the world also have damaged because this is a worldwide case. Consequently Plaintiff's religious freedom had been violated.

4. **Defendant infringed the religious freedom of the First Amendment to the U.S. Constitution and impeded the free exercise of religion in some measure for a long time.** Because Defendant has terminated my accounts and rejected Plaintiff's religious Apps many times.

5. **Defendant has ignored and blocked the invaluable of religious freedom of Jehovah's witnesses on smart phone for a long time that legally established in the Supreme Court of the United States in the past.** (*West Virginia State Board of Education vs. Barnette, 1943*) Plaintiff has discovered that Defendant has infringed religious freedom in U.S history, Pilgrim Fathers. And Plaintiff believe that Defendant must not block the distribution of Apps in democracy societies.

6. And if the prudent justices hear this case by outward appearance, then this case has plaintiff mistaken only but if carefully the prudent justices scrutinize this case by inward

appearance, then they will discovery and discern very serious defendant's mistaken something for example, infringing religious freedom in U.S history. And Plaintiff don't know that how much Defendant has planned with Watch Tower Bible and Tract Society of Pennsylvania. Consequently Defendant did wrong Plaintiff and Plaintiff's users.

7. Defendant should pay Plaintiff an enough compensation. Then Plaintiff and Plaintiff's users will be happy and erase their bad memories. If Plaintiff would be received an enough amount of money or an enough compensation from your company by this lawsuit because your company did wrong Plaintiff and Plaintiff's religion, then Plaintiff will use this amount for your company to support for the future.

8. Currently, Plaintiff is a victim of a special crime. And Plaintiff is explained to **the prudent Justices of the Supreme Court** of special criminals to punish them. And Plaintiff asked the prudent Justices of the Supreme Court many inevitably because of a special crime.

**IF YOU ARE REQUESTING A SPECIFIC AMOUNT OF MONEY, STATE THIS IN YOUR COMPLAINT. OR PLAINTIFF PRAYS FOR JUDGMENT AGAINST DEFENDANT AS FOLLOWS:**

Plaintiff believe that a value of Divine Law, Religious Freedom that Pilgrim Fathers in U.S. history, and a value of the first amendment to the constitution are $1,000,000,000. So Plaintiff request this specific amount that $1,000,000,000. And please order that Apple, Inc. should not reject an App that Benefit from Theocratic Ministry School Education without any religious discrimination.

DATE: June _18_, 2014

RESPECTFULLY SUBMITTED,
By: _Seungjin Kim_
Seungjin Kim
Plaintiff in Pro Se
455 Massachusetts Ave NW, #501
Washington, DC 20001.